UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH & WELFARE TRUST, et al., | |
| Plaintiff(s), | NO. C06-805P |
| v. | MINUTE ORDER |
| AMERICO ELECTRIC, | |
| Defendant(s). | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

On July 28, 2006, Plaintiffs received an Order of Default (Dkt. No. 5) in this matter. Plaintiffs are hereby ordered to move for default judgment in this case within 10 days of the date of this order or face possible dismissal of their case.

Filed this 25th day of August, 2006.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
      Deputy Clerk

MINUTE ORDER